**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

---

**KIMBERLY NICOL**
**ALONZO HERNANDEZ,**

*Petitioner*,

v.

**JASON BENZEL**, ***et al.***,

*Respondents*.

---

No. 26-cv-13815

**ORDER**

**O'HEARN, District Judge.**

**THIS MATTER** comes before the Court on a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. (ECF No. 1). Respondents have opposed the Petition and contend that Petitioner is lawfully detained pursuant to 8 U.S.C. § 1226(a). (ECF No. 5). Petitioner filed a reply. (ECF No. 8). The Court also allowed limited supplemental briefing on the constitutional and procedural adequacy of the bond hearing. (ECF No. 9). Respondents submitted the bond hearing transcript. (ECF No. 10). Petitioner filed a response regarding the bond hearing, (ECF No. 12), and Respondents filed a reply. (ECF No. 14). The Court reserves the right to issue an Opinion in this matter. The Court has considered the parties' submissions and the record before it, and

**IT IS** on this 20th day of November, 2026,

**ORDERED** that the Petition is **GRANTED**; and it is further

**ORDERED** that Respondents shall **RELEASE** Petitioner **IMMEDIATELY** and by no later than 8:00 p.m. on November 20, 2026 (a) in the State of New Jersey or otherwise as close to the place of initial arrest as reasonably practicable; (b) without additional conditions (such as ankle monitors or other electronic tracking devices); and (c) with all personal property seized at the time

of arrest. Respondents shall promptly file a letter on the docket confirming Petitioner's release in compliance with this Order; and it is finally

**ORDERED** that to effectuate meaningful relief, Respondents shall not arrest, detain, or otherwise take Petitioner into custody for fourteen (14) days following her release.[1] This Court shall retain jurisdiction over any effort to re-arrest or re-detain Petitioner, and Petitioner may move to reopen these proceedings without filing a new habeas petition.

**CHRISTINE P. O'HEARN**
**United States District Judge**

Dated: November 20, 2026

[1] But nothing in this Order shall be construed as enjoining Respondents from re-detaining Petitioner in compliance with applicable statutory authority. In the event of re-detention, however, Respondents shall bear the burden of establishing, by clear and convincing evidence, that detention is warranted.